# Exhibit A

|  | COVAS CONSTRUCTION | | | 253601 | |
|---|---|---|---|---|---|
| ACCOUNT # : 7982131330606075 | LOWE'S BUSINESS ACCOUNT | | | P.O. # : 00 | |
| INVOICE # : 11185 | DATE OF SALE : 150727 | | | STORE # : 2326 | |
| TRANSACTION # : 0 | AUTHORIZATION : 001346 | | | REGISTER # : | |

| S.K.U | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 000000000526051 | IDYLIS 70 W/PUMP DEHUM (- | 2.000 | PC | $246.05 | $492.10 |
| 000000000155670 | PROMOTIONAL BARCODE SCANN | 1.000 | EA | $0.00 | $0.00 |

| SUB $492.10 | TAX $39.37 | TOTAL INVOICE | $531.47 |
|---|---|---|---|
| | | CREDITS TOTAL | $0.00 |
| | | BALANCE DUE | $531.47 |