```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**ALLSTATE INDEMNITY COMPANY,**

              Plaintiff,         20-cv-300 (JGK)

    - against -             <u>ORDER</u>

**LOWE'S COMPANIES, INC.,**

              Defendant.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by **May 8, 2020**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 23, 2020**        /s/ John G. Koeltl
                                              **John G. Koeltl**
                                    **United States District Judge**